21-MJ-3537-LOUIS

AO 91 (Rev. 11/11) Criminal Complaint

FILED BY KS D.C.
Aug 5, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

FILED
AUG - 2 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.
**YEISON ANDRES RODRIGUEZ MONTAÑO**
*Defendant(s)*

**UNDER SEAL**

Case No. 4:21mj 78

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 26, 2021 in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 46 U.S.C. § 70503 | Manufacture, Distribution, or Possession of more than 5 kilograms of Cocaine on a Vessel |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

/s/
Eric M. Hurt,
Assistant United States Attorney

*Complainant's signature*

Gaelan Doskey, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 2, 2021

*Judge's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY
DEPUTY CLERK

FILED
AUG - 2 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT**

I, Gaelan Doskey, Special Agent (S/A), Homeland Security Investigations (HSI), being duly sworn, state the following:

1. Your Affiant is a Special Agent with Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and has been so since 2020. From 2007 until 2020, your affiant was employed by the City of Newport News (Virginia) Police Department (NNPD). During your affiant's tenure with the NNPD your affiant conducted drug investigations as a Police Officer, a Detective with the Narcotics Enforcement Unit, a Detective with the Mid-Level Narcotics Unit, and as a Task Force Officer (TFO) assigned to the Drug Enforcement Administration (DEA) Hampton, Virginia Post of Duty. Your affiant is currently assigned to an investigation regarding a drug trafficking organization (DTO) that is involved in the transportation and distribution of cocaine to the Hampton Roads area of VA.

2. Your affiant makes this affidavit in support of an application for an arrest warrant for the following individuals:

a. **Yeison Andres Rodriguez MONTAÑO**

b. **Julio Cesar Arroyo PORTOCARRERO**

c. **Eider Gongora VALLEJO**

3. This request for an arrest warrant is made in relation to the following offenses occurring in the Eastern District of Virginia (EDVA) and elsewhere:

a. Manufacture, Distribution, or Possession of a Controlled Substance on a vessel in violation of Title 46, U.S.C. Section 70503

**PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT**

1. Since November 2018, HSI Norfolk, in partnership with the DEA Hampton Post of Duty and DEA Bogota, have been investigating maritime smuggling operations based on the Pacific coast of Colombia as well as throughout the Caribbean. Your Affiant is aware that drug trafficking organizations will utilize vessels such as Low-Profile Vessels (LPV), to transport multi-hundred kilogram shipments of narcotics from source countries to awaiting transfer vessels or other destinations with final distribution being the United States of America.

2. On July 26, 2021, while on routine patrol, a marine patrol aircraft detected a target of interest approximately 140 nautical miles southwest of Isla de Malpelo, Colombia. United States Coast Guard Cutter (USCGC) "James" diverted to intercept and launched various small boats. The target of interest was described as an enclosed LPV. The marine patrol aircraft maintained visual of the LPV as a USCG boarding team responded.

3. Upon arrival of the USCG boarding team, the LPV became compliant with no attempt to jettison any cargo or scuttle the LPV. The crew, consisting of Julio Cesar Arroyo PORTOCARRERO, Yeison Andres Rodriguez MONTAÑO and Eider Gongora VALLEJO claimed Colombian nationality; but no flag or indicia of nationality was found on the LPV. The government of Colombia could neither confirm nor deny nationality of the LPV. Visible on the deck of the LPV were numerous packages of suspected contraband. The USCG boarding team recovered a total of fifty-seven (57) bales that contained approximately 1,273 kilograms of a substance that tested positive for cocaine. Julio Cesar Arroyo PORTOCARRERO, Yeison Andres Rodriguez MONTAÑO and Eider Gongora VALLEJO were detained and are being transported to the Eastern District of Virginia for prosecution.



WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Julio Cesar Arroyo PORTOCARRERO, Yeison Andres Rodriguez MONTAÑO and Eider Gongora VALLEJO with Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503).

8/2/2021
Gaelan Doskey
HSI Special Agent
U.S. Department of Homeland Security

Read and Approved:

Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to before me
On this 2nd day of August 2021

Douglas E. Miller
United States Magistrate Judge
Norfolk, Virginia

ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Newport News Division

RECEIVED
UNITED STATES MARSHAL
2021 AUG -2 P 4: 11
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

United States of America
v.
**YEISON ANDRES RODRIGUEZ MONTAÑO**
*Defendant*

**UNDER SEAL**

Case No. 4:21mj 78

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **YEIZON ANDRES RODRIGUEZ MONTAÑO**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Manufacture, Distribute, or Possession of a Controlled Substance on a Vessel, in violation of 46 U.S.C. § 70503

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

Date: August 2, 2021

*Issuing officer's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________ .

Date: ______________

*Arresting officer's signature*

*Printed name and title*

