# MINUTE ORDER

Page 24

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 8/5/2021     Time: 1:30 p.m.

Defendant: YEISON RODRIGUEZ MONTANO     J#: 02430-506     Case #: 21-MJ-3537-LOUIS
AUSA: Adam Hapner     Attorney:
Violation: EDVA/Warr/Complaint/ Manufacture Distribution or Possession of more than 5 kilograms of Cocaine on a Vessel a Vessel Intent to Distribute on Board a Vessel     Surr/Arrest Date:     YOB: 1996

Proceeding: Initial Appearance     **CJA Appt: David Donet, Jr., Esq.**
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant consented to appear via video

Defendant advised of rights and charges

Defendant sworn; AFPD appointed

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waived removal; Ordered removed to the E/D of Virginia*
**\*\*Brady warning given\*\***

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 18:30:45/19:15:44     Time in Court: 20 mins

s/Lauren F. Louis     Magistrate Judge