BNDDUTY,CLOSED,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−mj−03537−LFL</u> All Defendants

Case title: USA v. Rodriguez Montano

Other court case number:  4:21−mj−78 Eastern District of Virginia

Date Filed: 08/05/2021

Date Terminated: 08/05/2021

Assigned to: Magistrate Judge
Lauren Fleischer Louis

### <u>Defendant (1)</u>

**Yeison Andres Rodriguez Montano**
02430−506
*YOB 1996 SPANISH*
*TERMINATED: 08/05/2021*

represented by **David Antonio Donet , Jr.**
Donet, McMillan & Trontz, PA
3250 Mary Street
Suite 406
Coconut Grove, FL 33133
305−444−0030
Fax: 305−444−0039
Email: donet@dmt−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| <u>Pending Counts</u> | <u>Disposition</u> |
| --- | --- |
| None | |

| <u>Highest Offense Level (Opening)</u> | |
| --- | --- |
| None | |

| <u>Terminated Counts</u> | <u>Disposition</u> |
| --- | --- |
| None | |

| <u>Highest Offense Level (Terminated)</u> | |
| --- | --- |
| None | |

| <u>Complaints</u> | <u>Disposition</u> |
| --- | --- |
| EDVA/Warr/Complaint/ Manufacture Distribution or Possession of more than 5 kilograms of Cocaine on a Vessel a Vessel | |

1

Intent to Distribute on Board a
Vessel

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/05/2021 | 1 | | Magistrate Removal of Complaint from Eastern District of Virginia Case number in the other District 4:21−mj−78 as to Yeison Andres Rodriguez Montano (1). (kss) (Entered: 08/05/2021) |
| 08/05/2021 | 2 | | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Yeison Andres Rodriguez Montano held on 8/5/2021. Bond recommendation/set: Yeison Andres Rodriguez Montano (1) STIP $250K CSB/NEBBIA w/right to revisit, no hearing held. Date of Arrest or Surrender: 8/5/21.. Deft waives removal and Court ordered deft removed to ED/VA. Spanish Interpreter present. Attorney added: David Antonio Donet, Jr for Yeison Andres Rodriguez Montano for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 8/5/21. (Digital 18:30:45/19:15:44)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021. (dgj) (Entered: 08/06/2021) |
| 08/05/2021 | 3 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Yeison Andres Rodriguez Montano (dgj) (Entered: 08/06/2021) |
| 08/05/2021 | 4 | | COMMITMENT TO ANOTHER DISTRICT as to Yeison Andres Rodriguez Montano. Defendant committed to Eastern District of Virginia.. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021. *See attached document for full details.* (dgj) (Entered: 08/06/2021) |

**21-MJ-3537-LOUIS**

AO 91 (Rev. 11/11) Criminal Complaint

FILED BY _KS_ D.C.

Aug 5, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. – MIAMI

# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

FILED

AUG – 2 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| **YEISON ANDRES RODRIGUEZ MONTAÑO** | ) |
| | ) |
| *Defendant(s)* | ) |

**UNDER SEAL**

Case No. 4:21mj 78

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>July 26, 2021</u> in the <u>Eastern District of Virginia,</u> the defendant(s) violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 46 U.S.C. § 70503 | Manufacture, Distribution, or Possession of more than 5 kilograms of Cocaine on a Vessel |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____/s/_____
Eric M. Hurt,
Assistant United States Attorney

_____
*Complainant's signature*

Gaelan Doskey, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____August 2, 2021_____

_____
*Judge's signature*

City and state:  _Norfolk, Virginia_

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY_____
DEPUTY CLERK

3



FILED

AUG − 2 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL
## COMPLAINT/ARREST WARRANT

I, Gaelan Doskey, Special Agent (S/A), Homeland Security Investigations (HSI), being duly sworn, state the following:

1.      Your Affiant is a Special Agent with Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and has been so since 2020. From 2007 until 2020, your affiant was employed by the City of Newport News (Virginia) Police Department (NNPD). During your affiant's tenure with the NNPD your affiant conducted drug investigations as a Police Officer, a Detective with the Narcotics Enforcement Unit, a Detective with the Mid-Level Narcotics Unit, and as a Task Force Officer (TFO) assigned to the Drug Enforcement Administration (DEA) Hampton, Virginia Post of Duty. Your affiant is currently assigned to an investigation regarding a drug trafficking organization (DTO) that is involved in the transportation and distribution of cocaine to the Hampton Roads area of VA.

2.      Your affiant makes this affidavit in support of an application for an arrest warrant for the following individuals:

   a.  **Yeison Andres Rodriguez MONTAÑO**

   b.  **Julio Cesar Arroyo PORTOCARRERO**

   c.  **Eider Gongora VALLEJO**

3.      This request for an arrest warrant is made in relation to the following offenses occurring in the Eastern District of Virginia (EDVA) and elsewhere:

   a.  Manufacture, Distribution, or Possession of a Controlled Substance on a vessel in violation of Title 46, U.S.C. Section 70503

1

## PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

1.      Since November 2018, HSI Norfolk, in partnership with the DEA Hampton
Post of Duty and DEA Bogota, have been investigating maritime smuggling operations based on
the Pacific coast of Colombia as well as throughout the Caribbean. Your Affiant is aware that
drug trafficking organizations will utilize vessels such as Low-Profile Vessels (LPV), to
transport multi-hundred kilogram shipments of narcotics from source countries to awaiting
transfer vessels or other destinations with final distribution being the United States of America.

2.      On July 26, 2021, while on routine patrol, a marine patrol aircraft detected a
target of interest approximately 140 nautical miles southwest of Isla de Malpelo, Colombia.
United States Coast Guard Cutter (USCGC) "James" diverted to intercept and launched various
small boats. The target of interest was described as an enclosed LPV. The marine patrol aircraft
maintained visual of the LPV as a USCG boarding team responded.

3.      Upon arrival of the USCG boarding team, the LPV became compliant with no
attempt to jettison any cargo or scuttle the LPV. The crew, consisting of Julio Cesar Arroyo
PORTOCARRERO, Yeison Andres Rodriguez MONTAÑO and Eider Gongora VALLEJO
claimed Colombian nationality; but no flag or indicia of nationality was found on the LPV. The
government of Colombia could neither confirm nor deny nationality of the LPV. Visible on the
deck of the LPV were numerous packages of suspected contraband. The USCG boarding team
recovered a total of fifty-seven (57) bales that contained approximately 1,273 kilograms of a
substance that tested positive for cocaine. Julio Cesar Arroyo PORTOCARRERO, Yeison
Andres Rodriguez MONTAÑO and Eider Gongora VALLEJO were detained and are being
transported to the Eastern District of Virginia for prosecution.



WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Julio Cesar Arroyo PORTOCARRERO, Yeison Andres Rodriguez MONTAÑO and Eider Gongora VALLEJO with Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503).

8/2/2021

Gaelan Doskey
HSI Special Agent
U.S. Department of Homeland Security

Read and Approved:

Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to before me
On this 2nd day of August 2021

Douglas E. Miller
United States Magistrate Judge
Norfolk, Virginia

3

AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Newport News Division

| | | |
|---|---|---|
| United States of America | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | Case No. 4:21mj___78___ |
| **YEISON ANDRES RODRIGUEZ MONTAÑO** | ) | |
| | ) | |
| _Defendant_ | ) | |

RECEIVED UNITED STATES MARSHAL
2021 AUG -2 P 4: 11
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_      **YEIZON ANDRES RODRIGUEZ MONTAÑO**      , who is accused of an
offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Manufacture, Distribute, or Possession of a Controlled Substance on a Vessel, in violation of 46 U.S.C. § 70503

Date:     August 2, 2021

_Issuing officer's signature_

City and state:     Norfolk, Virginia                      Douglas E. Miller, United States Magistrate Judge
_Printed name and title_

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |



# MINUTE ORDER

Page 24

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**  Date: 8/5/2021  Time: 1:30 p.m.

Defendant: YEISON RODRIGUEZ MONTANO  J#: 02430-506  Case #: 21-MJ-3537-LOUIS

AUSA: Adam Hapner  Attorney:

Violation: EDVA/Warr/Complaint/ Manufacture Distribution or Possession of more than 5 kilograms of Cocaine on a Vessel a Vessel Intent to Distribute on Board a Vessel  Surr/Arrest Date:  YOB: 1996

Proceeding: Initial Appearance  *CJA Appt:  David Donet, Jr., Esq.*

Bond/PTD Held: ◉ Yes  ○ No  Recommended Bond:

Bond Set at:  Co-signed by:

| | |
|---|---|
| ☑ Surrender and/or do not obtain passports/travel docs | Language:  Spanish |
| ☑ Report to PTS as directed/ _____ x's a week/month by phone: _____ x's a week/month in person | Disposition: Defendant consented to appear via video |
| ☑ Random urine testing by Pretrial Services  Treatment as deemed necessary | |
| ☑ Refrain from excessive use of alcohol | Defendant advised of rights and charges |
| ☑ Participate in mental health assessment & treatment | |
| ☑ Maintain or seek full-time employment/education | |
| ☑ No contact with victims/witnesses, except through counsel | Defendant sworn; AFPD appointed |
| ☑ No firearms | |
| ☑ Not to encumber property | *STIP $250K CSB w/Nebbia w/right to* |
| ☑ May not visit transportation establishments | *revisit (no hrg. held); Court sets* |
| ☑ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | *Defendant waived removal; Ordered* |
| ☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment | *removed to the E/D of Virginia* |
| ☑ Travel extended to: _____ | ***Brady warning given*** |
| ☑ Other: _____ | Time from today to _____ excluded from Speedy Trial Clock |

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  18:30:45/19:15:44  Time in Court:  20 mins

s/Lauren F. Louis  Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 21-MJ-3537-LOUIS

United States of America
    Plaintiff,
    v.

                Charging District's Case No. 21-mj-78

YEISON RODRIGUEZ MONTANO,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Eastern District of Virginia.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/5/2021

                                         In court
_____
Defendant's Signature

_____
Lauren F. Louis
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 21-MJ-3537-LOUIS

UNITED STATES OF AMERICA,

   v.

                                   Charging District's Case No. 21-mj-78

YEISON RODRIGUEZ MONTANO,
(USM# 02430-506)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of Virginia.

_____ DAVID DONET, Jr (CJA) **was**

**appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 8/5/2021.

Lauren F. Louis
United States Magistrate Judge